UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA, | ) | Crim. No. 17-30029 |
|---|---|---|
| | ) | |
| v. | ) | 21 U.S.C. § 851(a)(1) |
| | ) | Sentence Enhancement for |
| JUAN NAVARRO, | ) | Prior Felony Drug Offenses |
| a/k/a "Raul Raul," | ) | |
| | ) | **UNDER SEAL** |
| Defendant. | ) | |

## INFORMATION

Now comes the United States of America, by and through Andrew E. Lelling, Acting United States Attorney for the District of Massachusetts, and Katharine A. Wagner, Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon previous felony drug convictions of defendant Juan Navarro, a/k/a "Raul Raul" ("Navarro"), to increase the punishment that may be imposed by this Court upon defendant Ramos's conviction for the drug offense alleged in Count One of the Indictment in the above-captioned matter.

The prior felony convictions upon which the Government intends to rely regarding Navarro is the following:

| Disposition Date | Offense | Docket Number | Court |
|---|---|---|---|
| 7/24/2009 (Amended Judgment) | Conspiracy to Possess with Intent to Distribute 50 Grams or More of Cocaine Base, 21 U.S.C. § 846 | 02-CR-127 | U.S. District Court for the District of Maine |

1

A certified copy of the conviction has been ordered, and will be maintained by the undersigned attorney for the government.

Filed this 26th day of February, 2018.

Respectfully submitted,

ANDREW E. LELLING
Acting United States Attorney

By: /s/ Katharine A. Wagner
KATHARINE A. WAGNER
Assistant U.S. Attorney