FILED
IN CLERKS OFFICE

2018 MAR 15 PM 12: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 17-30029-DJC |
| ) | |
| v. ) | 21 U.S.C. § 846 (Conspiracy to Distribute |
| ) | and Possess with Intent to Distribute Cocaine) |
| JUAN NAVARRO, ) | (Count One) |
| a/k/a "Raul Raul," ) | |
| ) | |
| DEFENDANT. ) | 21 U.S.C. § 853 (Drug Forfeiture Allegation) |
| ) | |
| ) | **UNDER SEAL** |

SUPERSEDING INDICTMENT

The Grand Jury charges that:

COUNT ONE:   Title 21, United States Code, Section 846:
Conspiracy to Distribute and Possess with Intent to Distribute Cocaine

1.   From a time unknown, but from at least in or about December 2015, and continuing thereafter until in or about September 2016, in Hampden County, in the District of Massachusetts, and elsewhere,

JUAN NAVARRO,
a/k/a "Raul Raul,"

the defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the grand jury to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.   It is further alleged that the offense described in Count One of this Indictment involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) applies to this count.

3. It is further alleged that 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, was reasonably foreseeable by, and is attributable to,

> JUAN NAVARRO,
> a/k/a "Raul Raul,"

defendant herein. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) is applicable to JUAN NAVARRO.

All in violation of Title 21, United States Code, Section 846.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 846, set forth in Count One of this Indictment,

JUAN NAVARRO,
a/k/a "Raul Raul,"

defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described in Paragraph 1, above, being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant—

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

*[signature]*
Foreperson of the Grand Jury

*[signature]*
Katharine A. Wagner
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on March 15, 2018 @ 12:55 pM.

*[signature]*
Deputy Clerk of Court